## CARSON v. STATE.
### No. 14759.

Court of Criminal Appeals of Texas.
Oct. 21, 1931.

Joe Harris, of Houston, and Adams & Mc-Alister, of Nacogdoches, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for unlawfully carrying a pistol; punishment being a fine of $100.

The record is here without statement of facts or bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.